UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16−cv−24893−JLK

JEFFREY DUFF

 Plaintiff,

v.

CARNIVAL CORPORATION
d/b/a  CARNIVAL CRUISE LINES,

Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, having amicably settled this matter, hereby stipulate that the same shall be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

| | |
|---|---|
| MEISTER LAW, LLC.<br>*Attorney for Plaintiff*<br>44 West Flagler Street, Suite 750<br>Miami, Florida 33131<br>Tel:  (305) 590-5571<br>Fax:   (305) 675-3787<br>E-MAIL: TonyaJMeister@aol.com | Donnise DeSouza Webb, Esq.<br>*Attorneys for Defendant*<br>CARNIVAL CRUISE LINE<br>3655 N.W. 87th Avenue<br>Miami, Florida 33178-2428<br>TEL: (305) 406-4838<br>FAX: (305) 406-4732<br>E-MAIL: ddesouza@carnival.com |
| By:  \s\  Tonya J. Mesiter<br>Tonya J. Meister, Esq.<br>Florida Bar No.0629243 | By:  \s\   Donnise DeSouza Webb<br>Donnise DeSouza Webb, Esq.<br>Florida Bar No. 879398 |