UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-24893-CV-KING

JEFFREY DUFF,

    Plaintiff,

v.

CARNIVAL CORPORATION, *doing business as Carnival Cruise Lines*,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL PREJUDICE

THIS CAUSE came before the court upon the Joint Stipulation for Dismissal With Prejudice (D.E. #13) filed October 5, 2017. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby **DISMISSED**. The Court shall retain jurisdiction to enforce the terms of the agreement.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The Clerk shall **CLOSE** this case.

4. Trial and Calendar Call hearing dates are hereby canceled.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 6th day of October, 2017.

/s/ James Lawrence King
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:
**Counsel for Plaintiff:**

**Tonya Jean Meister**
Meister Law LLC
Courthouse Tower, Suite 750
44 West Flagler St.
Miami, FL 33130
305-590-5570
Fax: 305-675-3787
Email: TonyaJMeister@aol.com

**Counsel for Defendant:**

**Donnise Annette DeSouza**
Carnival Cruise Lines
3655 NW 87th Avenue
Miami, FL 33178-2428
305-406-4838
Fax: 305-406-5347
Email: ddesouza@carnival.com